FILED'10 NOV 09 11:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

EDWARD J. BYLSMA,            Civil No. 10-CV-403-PK

    Plaintiff,                ORDER

    v.

BURGER KING CORPORATION,
a Florida corporation;
and KAIZEN RESTAURANTS,
INC., an Oregon Corporation

    Defendant.

BARRY J. GOEHLER
121 S.W. Salmon Street, Suite 1100
Portland, OR 97204
(503) 471-1301
GARY M. BULLOCK
Gary M. Bullock & Associates, P.C.
1000 S.W. Broadway, Suite 2460
Portland, OR 97205
(503) 228-6280

    Attorneys for Plaintiff

1 - ORDER

ANNE M. BREMNER
JAMES T. YAND
DARRIN E. BAILEY
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA 98101
(206) 624-6885

MARSH, Judge.

Magistrate Judge Papak filed a Findings and Recommendation on September 3, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When any of the parties object to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has filed timely objections. After *de novo* review, I find no error. Accordingly, I ADOPT the Findings and Recommendation (#23) of Magistrate Judge Papak.

Defendants' Motion for Judgment on the Pleadings (#14) is **GRANTED**.

IT IS SO ORDERED.

DATED this __9__ day of November, 2010.

_Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge

2 - ORDER