FILED'10 NOV 09 11:59USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD J. BYLSMA,

                     Plaintiff,

    v.

BURGER KING CORPORATION,
a Florida corporation;
and KAIZEN RESTAURANTS,
INC., an Oregon Corporation,

                Defendants.

CV 10-CV-0403-PK

JUDGMENT

    Based on the record and the Order filed herewith, this action is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

    DATED this ___9___ day of November, 2010.

                               Malcolm F. Marsh
                               Malcolm F. Marsh
                               United States District Judge

1 - JUDGMENT